# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80801-CV-MIDDLEBROOKS/Matthewman

LANDFALL 2, INC., a Florida corporation,

      Plaintiff,

v.

DATASCORE-AI, LLC, a Texas limited
liability company; BRENT BIGGS,
individually; and DATASCORE ENTERPRISES,
CORP., a Delaware corporation,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge William Matthewman (the "Report") on February 8, 2023. (DE 78). The Report recommends that (1) Plaintiff's Complaint be dismissed without prejudice, (2) Plaintiff's pleadings be stricken, and (3) Defendant Datascore Enterprises Corp. ("Datascore") elect to either dismiss its Counterclaims or move for a default judgment, or seek other appropriate relief. Due to the impending trial of this matter on February 27, 2023, Judge Matthewman, pursuant to S.D. Fla. Magistrate Judge Rule 4(b), shortened the objections deadline to February 15, 2023. No objections have been made to date. After a careful review of Judge Matthewman's Report and the record as a whole in this case, I agree with the Report's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Matthewman's Report and Recommendation (DE 78) is **ADOPTED**.

(2) Plaintiff's Complaint (DE 1-3) is **DISMISSED WITHOUT PREJUDICE.**

(3) Plaintiff's Answer to Defendant Datascore's Counterclaim (DE 28) is **STRICKEN.**

(4) Defendant Datascore is **DIRECTED** to either dismiss its counterclaims against Plaintiff *or* move for clerk's entry of default on or by **February 24, 2023.** If Defendant Datascore elects to move for clerk's entry of default, the Court will enter an Order with instructions as to a motion for default judgment. Failure to timely seek relief may result in dismissal without prejudice.

(5) Given the foregoing, the **calendar call scheduled for February 22, 2023,** at 1:14 p.m. is **CANCELLED.** In addition, the **trial of this matter set for February 27, 2023,** at 9:00 a.m. is **VACATED**.

(6) Defendant Datascore's Motion for Partial Summary Judgment (DE 68) and Motion to Strike Plaintiff's Jury Demand (DE 76) are **DENIED AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of February, 2023.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record