UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-80801-MIDDLEBROOKS/MATTHEWMAN

LANDFALL 2, INC., *a Florida
corporation*,

    Plaintiff,

v.

DATASCORE-AI, LLC, *a Texas limited
liability company*; BRENT BIGGS,
*individually*, and DATASCORE ENTERPRISES,
CORP., *a Delaware corporation*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge William Matthewman ("Report") on January 30, 2024. (DE 133). The Report recommends granting Defendant Datascore Enterprises, Corp.'s ("Datascore") Motion for Attorneys' Fees and/or Notaxable Expenses and Costs (107).

Specifically, Judge Matthewman recommends Defendant Datascore be awarded a total of $280,748.50 in attorneys' fees, consisting of $260,623.50 for the attorneys' fees tied to Cairncross & Hempelmann, and $20,125.00 for attorneys' fees tied to Shutts & Bowen). Further, Judge Matthewman recommends that Datascore be awarded $26,628.34 in nontaxable expenses and costs (consisting of $23,486.10 for nontaxable expenses tied to Cairncross & Hempelmann, and $2,142.24 for the nontaxable expenses and costs tied to Shutts & Bowen). Judge Matthewman makes such recommendations on the basis that Landfall failed to respond to the Motion, so S.D. Fla. L.R. 7.1(c)(1) permits the Court to grant it by default; 2) the representation of Datascore that

Landfall does not object to the relief sought; and 3) the merits of the Motion. No objections to the Report have been filed and the deadline for doing so has passed.

Having reviewed the Report and the record in this case, I agree with Judge Matthewman's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 133) is **RATIFIED, ADOPTED, and APPROVED** in its entirety.

(2) Defendant Datascore's Verified Motion for Attorneys' Fees and/or Nontaxable Expenses and costs (DE 107) is **GRANTED** in accordance with the amounts set out above.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of February, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record