**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80801-CV-MIDDLEBROOKS/Matthewman

LANDFALL 2, INC., a Florida corporation,

    Plaintiff,

v.

DATASCORE-AI, LLC, a Texas limited liability
company; BRENT BIGGS, individually; and
DATASCORE ENTERPRISES, CORP., a
Delaware corporation,

    Defendants.

_____/

**DEFENDANT DATASCORE ENTERPRISES, CORP.'S**
**_EX PARTE_ MOTION FOR WRIT OF EXECUTION AFTER JUDGMENT**

Defendant Datascore Enterprises, Corp. ("Datascore"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 64, hereby moves for the entry of a Writ of Execution after Judgment.  In support, Datascore states as follows:

1.      As noted by this Court, the underlying proceeding that commenced this action "has a long and tortured history due to the repeated misconduct of Plaintiff Landfall and its prior counsel, Darren R. Aponte, Esq."  DE 133 & 144.

2.      This proceeding commenced when Landfall 2, Inc. ("Landfall" or "Judgment Debtor") filed the underlying action against Datascore on May 10, 2022, setting forth 13 causes of action alleging the existence of an oral partnership agreement and partnership-related claims.  DE 1.

3.      On June 10, 2022, Datascore filed its Answer, Affirmative Defenses, and Counterclaims, asserting against Landfall breach of contract, trademark infringement, tortious

00829096.DOCX 2

interference, unjust enrichment, unfair competition, false designation of origin, and violations of Florida's Deceptive and Unfair Practices Act.  DE 2.

4.        The case was set for trial commencing February 27, 2023.

5.        However, after numerous discovery violations by Landfall, this Court entered an *Omnibus Interim Discovery Order on Discovery Motions and Imposing Sanctions Against Plaintiff and its Counsel* (DE 56) on December 15, 2022, relating to Plaintiff Landfall's deposition misconduct and Datascore's motion to compel.

6.         Nonetheless, Landfall's misconduct continued, causing this Court to issue a report and recommendation for (a) dismissal of Landfall's Complaint against Datascore with prejudice, (b) striking Landfall's Answer to Defendant Datascore's Counterclaims, and (c) the imposition of sanctions against Landfall and its counsel, Darren Aponte, for bad faith misconduct, violation of court orders, and discovery violations stemming from Datascore's motion to compel. DE 78.  This report and recommendation was affirmed and adopted on February 16, 2023. DE 83. Due to Landfall and its counsel's failure to timely pay the court-ordered attorney's fees, costs, and expenses, on March 20, 2023, Datascore obtained a judgment against Plaintiff Landfall and its counsel, Darren Aponte, Esq., jointly and severally, in the total amount of (1) $59,381.08 for attorney's fees and costs, and (2) $4,553.22 in costs and expenses in connection with an additional deposition of a witness as a result of Plaintiff's discovery violations, for a total judgment of $63,934.30 (DE 99) (the  "Sanctions Judgment").

7.        Notwithstanding the Court's admonishments, Landfall's misconduct continued, causing this Court to order that Landfall's Complaint be dismissed with prejudice and direct Datascore to either dismiss its counterclaim against Landfall or move for entry of default Judgment.  DE 104.

8.        On April 28, 2023, Datascore obtained a Final Judgment against Landfall in the principal amount of $704,897.69 (the "Final Judgment").  DE 105.

9.        On January 30, 2024, this Court issued a report and recommendation on Datascore's *Verified Motion for Attorney's Fees and/or Nontaxable Expenses and Costs* (DE 133), recommending that the District Judge enter a judgment in favor of Datascore and against Landfall in the amount of $307,376.84, which was affirmed and adopted by the Court on February 20, 2024 (DE 137) (the "Fees Judgment," and together with the Sanctions Judgment and Final Judgment, the "Judgments").

10.        Despite Datascore's efforts to collect on the Judgments, which has included substantial discovery and motion practice in aid of execution and seeking and obtaining writs of garnishment against banks known to have been used by Landfall and Aponte, neither Landfall nor Mr. Aponte have paid one cent of the amounts awarded by the Judgments.

11.        Instead, Landfall purported to cease operations in December of 2022 and began a corporate shell game with the intent of frustrating Datascore's efforts to collect on the Judgments.

12.        Now, Datascore files this motion for writ of execution against Landfall in its continued effort to collect on the Judgments.

13.        Judgment Debtor Landfall has a last known address of 3350 NW 2nd Avenue, Boca Raton, Florida 33431 and the address of its registered agent, Kevin Brody, is 3740 South Ocean Boulevard, Highland Beach, Florida 33487.

14.        All sums for which Landfall is liable pursuant to the Judgments remain due and unpaid.  Copies of the recorded Judgments are attached hereto as **Composite Exhibit "A."**

15.        Pursuant to Federal Rule of Civil Procedure 64, ". . . all remedies providing for seizure of . . . property for the purpose of securing satisfaction of the judgment . . . are available

under the circumstances and in the manner provided by the law of the state in which the district court is held . . . ." Fed. R. Civ. P. 64.

16.     Florida law provides for the issuance of writs of execution on judgments as follows:

A judgment lien may be acquired on a judgment debtor's interest in all personal property in this state subject to execution under s. 56.061, including payment intangibles and accounts, as those terms are defined in s. 679.1021(1) . . . ."

§ 55.202(2), Fla. Stat.

17.     Section 56.09 of the Florida Statutes provides in pertinent part:

On any judgment against a corporate judgment debtor, the judgment creditor may have an execution levied on the current money as well as on the goods and chattels, lands and tenements of the corporate judgment debtor.

18.     Accordingly, pursuant to Federal Rule of Civil Procedure 64 and §§ 55.202(2) and 56.09 of the Florida Statutes, Defendant Datascore Enterprises, Corp. requests that the Clerk of Court issue the Writ of Execution attached hereto as **Exhibit "B."**

**WHEREFORE**, Defendant Datascore Enterprises, Corp. respectfully requests that the Clerk of Court issue a Writ of Execution against Judgment Debtor Landfall 2, Inc., and that the Court assess costs and attorneys' fees of this action against Landfall and grant such other and further relief as is just and proper.

Dated: July 30, 2024                    Respectfully submitted,

                                        */s/ Peter J. Klock, II*
                                        Peter J. Klock, II (FBN 103915)
                                        BAST AMRON LLP
                                        SunTrust International Center
                                        One Southeast Third Avenue, Suite 2410
                                        Miami, Florida 33131
                                        Telephone: 305.379.7904
                                        Facsimile: 305.379.7905

                                        *Attorney for Defendant*
                                        *Datascore Enterprises Corp.*

**COMPOSITE EXHIBIT "A"**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-80801-CV-MIDDLEBROOKS/Matthewman

LANDFALL 2, INC., a Florida corporation,

      Plaintiff,

v.

DATASCORE-AI, LLC, a Texas limited
liability company; BRENT BIGGS,
individually; and DATASCORE ENTERPRISES,
CORP., a Delaware corporation,

      Defendants.

_____/



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 7-15-2024

### ENTRY OF JUDGMENT AGAINST LANDFALL 2, INC. ON [DE 80] AND [DE 90]

THIS CAUSE is before the Court upon Defendant Datascore Enterprises, Corp. Motions for Entry of Judgment Against Landfall 2, Inc. (DE 91; DE 94) pursuant to this Court's Orders (a) Awarding Reasonable Expenses, Including Costs and Attorney's Fees, Against Plaintiff and its Counsel (DE 80) and (b) Awarding Costs and Expenses to Defendant in Connection with the Additional Deposition of Jack Agar (DE 90). Plaintiff Landfall and its counsel, Mr. Aponte, have failed to timely pay the fees and costs pursuant to the Court's orders. (*See* DE 85; DE 89; DE 94 at 2).

Accordingly, pursuant to Federal Rule of Civil Procedure 58, and for the reasons set forth in the Court's previous orders awarding fees and costs, it is hereby **ORDERED AND ADJUDGED** that:

    (1) Defendant DATASCORE ENTERPRISES, CORP.'s "Motion for Entry Judgment Against Landfall 2, Inc. on Order to Pay Fees [DE 89]" (DE 91) is **GRANTED.**

   a. Defendant DATASCORE ENTERPRISES, CORP. shall recover from Plaintiff LANDFALL 2, INC., and its counsel Darren Aponte, jointly and severally, **$59,381.08** in fees and costs, for which sums let execution issue, such sums to bear interest at the rate provided by law.

(2) Defendant DATASCORE ENTERPRISES, CORP.'s "Motion for Entry Judgment Against Landfall 2, Inc. on Order to Pay Costs and Expenses Pursuant to DE 90" (DE 94) is **GRANTED.**

   a. Defendant DATASCORE ENTERPRISES, CORP. shall recover from Plaintiff LANDFALL 2, INC., and its counsel Darren Aponte, jointly and severally, **$4,553.22** in costs and expenses, for which sums let execution issue, such sums to bear interest at the rate provided by law.

**SIGNED** in Chambers in West Palm Beach, Florida on this 20 day of March, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80801-CV-MIDDLEBROOKS/Matthewman

LANDFALL 2, INC., a Florida corporation,

      Plaintiff,

v.

DATASCORE-AI, LLC, a Texas limited
liability company; BRENT BIGGS,
individually; and DATASCORE ENTERPRISES,
CORP., a Delaware corporation,

      Defendants.

_____/



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 7-15-2024

## FINAL DEFAULT JUDGMENT
## AGAINST LANDFALL 2, INC.

THIS CAUSE having come before the Court upon Datascore Enterprises, Corp.'s ("Datascore") Motion for Final Default Judgment (DE 93) and the Court having granted Datascore's Motion, it is hereby **ORDERED AND ADJUDGED** that:

1. Final Judgment is hereby **ENTERED** in favor of Counterclaim Plaintiff DATASCORE ENTERPRISES CORP. and against Counterclaim Defendant LANDFALL 2 INC., in the principal amount of **$704,897.69** on Count I of Datascore's Counterclaim for Breach of Contract. Such amount shall bear interest at the statutory rate pursuant to 28 U.S.C. § 1961, for which sum let execution issue.

2. Datascore owns the trademarks "Engagement Dialing" and "Engagement Model," in which it has valid and superior common law rights. Datascore owns U.S. Trademark Serial Nos. 97/393,937 and 97/422,838 associated with these marks.

3. Landfall 2 Inc. is permanently enjoined from using the marks "Engagement Dialing" or "Engagement Model."

4. Datascore is the owner of the AI Technology and the marks Engagement Dialing and Engagement Modeling.

5. The Clerk of Court shall **CLOSE THIS CASE**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 26 day of April, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-80801-MIDDLEBROOKS/MATTHEWMAN

LANDFALL 2, INC., *a Florida corporation*,

      Plaintiff,

v.

DATASCORE-AI, LLC, *a Texas limited liability company*; BRENT BIGGS, *individually*, and DATASCORE ENTERPRISES, CORP., *a Delaware corporation*,

      Defendants.

_____/



Certified to be a true and correct copy of the document on file. Angela E. Noble, Clerk, U.S. District Court Southern District of Florida

By _____ Deputy Clerk

Date __7-15-2024__

### FINAL JUDGMENT AS TO FEES AND COSTS

THIS CAUSE comes before the Court upon my Order adopting the Magistrate's Report and Recommendation (DE 137), which grants Defendant Datascore Enterprises, Corp.'s Verified Motion for Attorneys' Fees and/or Nontaxable Expenses and Costs.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) Defendant Datascore Enterprises, Corp., is entitled to $280,748.50 in attorneys' fees from Plaintiff Landfall 2, Inc.

2) Defendant Datascore Enterprises, Corp., is entitled to $26,628.34 in nontaxable expenses and costs from Plaintiff Landfall 2, Inc.

**SIGNED** in Chambers, West Palm Beach, Florida, on this __21st__ day of March, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Copies to counsel

**EXHIBIT "B"**

DC-11 (Rev. 11/2002) Writ of Execution

## WRIT OF EXECUTION

| **UNITED STATES DISTRICT COURT** | DISTRICT      **Southern District of Florida** |
|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| | and |

in the United States District Court for the _____ District of _____ ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|