UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80801-CV-MIDDLEBROOKS/MATTHEWMAN

DATASCORE ENTERPRISES, CORP., a Delaware
Corporation,
             Judgment Creditor,
v.

LANDFALL2, INC., a Florida Corporation,

             Judgment Debtor,
and

KEVIN BRODY, an individual; GINA BRODY, an
Individual, and FALLYN BRODY, an individual,

             Impleaded Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal, filed November 12, 2025. (DE 212). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE THIS CASE.**

(2) All pending motions are **DENIED AS MOOT.**

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

(4) To the extent permitted by law, I will reserve jurisdiction over settlement matters for six months from the date of entry of this Order.

**SIGNED** in Chambers at West Palm Beach, Florida, this *13* day of November, 2025

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record